# Court of Appeals
# of the State of Georgia

ATLANTA,___August 17, 2016___

*The Court of Appeals hereby passes the following order:*

## A16A2038. BALEWA MUHAMMAD v. OCWEN LOAN SERVICING, LLC.

The appellant in the above-styled case failed to comply with the notice of docketing mailed by this Court and with Court of Appeals Rules 22 (a) and 23 (a), regarding the filing of an enumeration of errors and brief within 20 days after the appeal was docketed on July 11, 2016 (or within the time allowed by any order permitting an extension of time). See also Court of Appeals Rule 13.

Nevertheless, rather than dismissing this appeal, this Court, in an order dated August 2, 2016, notified the appellant of his failure to file a timely brief and ordered him to file his brief no later than August 12, 2016. The order further informed the appellant that his failure to do so could result in the dismissal of his appeal without further notice as well as subject him to contempt of this Court. See Court of Appeals Rules 7, 13, 23 (a). But on August 12, 2016, instead of filing an appellate brief in compliance with this Court's order, the appellant filed a motion for a 30-day extension to file a brief. Because the appellant has failed to show good cause warranting such an extension, his motion is DENIED and this appeal is DISMISSED.

See Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*

     *Clerk's Office, Atlanta,*_____08/17/2016_____

     *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

_____, *Clerk.*